Certificate Number: 00301-PAM-DE-031577316

Bankruptcy Case Number: 18-03296


00301-PAM-DE-031577316

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 6, 2018, at 12:11 o'clock PM EDT, SHANE E WELSH completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   September 6, 2018                By:     /s/Rose Poley

                                         Name:   Rose Poley

                                         Title:  Certified Bankruptcy Counselor